# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136654

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

NEIL BEGIN,
      Plaintiff-Appellee,

v

MICHIGAN BELL TELEPHONE COMPANY/
SBC,
      Defendant-Appellant,
and

SECOND INJURY FUND (PERMANENT &
TOTAL DISABILITY PROVISION),
      Defendant-Appellee.

SC: 136654
COA: 280717
WCAC: 06-000186

_____/

      On order of the Court, the application for leave to appeal the May 1, 2008 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

t0828

_____
Clerk